AO 440 (Rev. 12/09) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

11 AUG 12 PM 1:45

CLERK ... DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| ANGELA J. GOMEZ | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 8:11-CV-1811-T-26TBM |
| CREDIT MANAGEMENT SOLUTIONS LLC | ) |
| a/k/a CMS NY LLC, a New York Limited Liability Co | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CREDIT MANAGEMENT SOLUTIONS, LLC (a/k/a CMS NY LLC)
C/O NRAI SERVICES, INC., REGISTERED AGENT
515 E PARK AVE
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOSEPH B. BATTAGLIA, ESQUIRE
THE GOLDEN LAW GROUP
808 OAKFIELD DRIVE, SUITE A
BRANDON, FL 33511
PH. (813) 413-8700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 2 2011

*Signature of Clerk or Deputy Clerk*